### UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

LEMUEL LEANDER COOPER,

     Plaintiff,

v.                                                    Case No.  5:22-cv-27-TKW-MJF

FLORIDA DEPARTMENT OF
CORRECTIONS, *et al*.,

     Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, a Florida prisoner proceeding *pro se*, initiated this action by filing a document titled "Notice of Intent to Sue Pursuant to Title 42 U.S.C. § 1983." Doc. 1. The clerk of the court docketed Plaintiff's "Notice" as a civil rights complaint filed under 42 U.S.C. § 1983.

On February 1, 2022, the undersigned ordered Plaintiff to file the following by March 3, 2022: (1) a notice of voluntary dismissal; or (2) an amended civil rights complaint on the Northern District form accompanied by either the $402.00 filing fee or a complete application for leave to proceed *in forma pauperis*. Doc. 3. The undersigned warned Plaintiff that failure to comply with the order likely would result in dismissal of this case. *Id*. at 3-4. Plaintiff has not complied with the order and has not responded to the show cause order entered on March 15, 2022. Doc. 4.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1.      This case be **DISMISSED** without prejudice for failure to comply with orders of this court.[1]

2.      The clerk of court be directed to close this case file.

At Panama City, Florida, this <u>11th</u> day of April, 2022.

/s/ <i>Michael J. Frank</i>
**Michael J. Frank**
**United States Magistrate Judge**

**<u>NOTICE TO THE PARTIES</u>**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").