UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LEMUEL LEANDER COOPER,**

    **Plaintiff,**

v.                                   Case No. 5:22-cv-27-TKW-MJF

**FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders.

Accordingly, it is **ORDERED** that the magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order; this case is **DISMISSED** without prejudice; and the Clerk shall close the case file.

**DONE and ORDERED** this 5th day of May, 2022.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**